No. 86–612.   PRUDENTIAL FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* FLANIGAN.   Appeal from Sup. Ct. Mont. dismissed for want of properly presented federal question.

No. 86–5642.   PETERSEN *v.* ATLANTIC GULF & PACIFIC CO. ET AL.   Appeal from D. C. S. D. Tex. dismissed for want of jurisdiction.

No. 85–1773.   OBERLY, ATTORNEY GENERAL OF DELAWARE, ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL.   Appeal from C. A. 3d Cir.   Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief as *amicus curiae* filed November 10, 1986.   THE CHIEF JUSTICE would note probable jurisdiction and set case for oral argument.

No. D–563.   IN RE DISBARMENT OF JAMES.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1034.]

No. D–565.   IN RE DISBARMENT OF MCCLOSKEY.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1037.]

No. 85–792.   INTERSTATE COMMERCE COMMISSION *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.; and
No. 85–793.   MISSOURI-KANSAS-TEXAS RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.   C. A. D. C. Cir.   [Certiorari granted, 475 U. S. 1081.]   Counsel for the parties are invited to file supplemental briefs, not to exceed 10 pages in length (15 pages if filed on behalf of both petitioners or both respondents), limited to the following question: "In view of 28 U. S. C. § 2344, 49 U. S. C. § 10327(i), and the passage of more than 60 days between (1) respondents' appeals from the Interstate Commerce Commission's October 25, 1983, order, declining to reconsider its May 18, 1983, order regarding respondent Brotherhood of Locomotive Engineers' motion for clarification, and (2) service of the Commission's May 18, 1983, clarification order, did the appeals properly bring before the reviewing court the May 18, 1983, order?"   Briefs may be submitted no later than December 22, 1986.